**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

November 12, 2025

**ARMSTRONG V. ZILLOW GROUP INC ET AL**
Case # 2:25–cv–02226

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.


***Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.***

Thank you.

cc: file